D. NEAL TOMLINSON. ESQ.
Nevada Bar No. 6851
LAURA BIELINSKI LANGBERG, ESQ.
Nevada Bar No. 10516
BROWNSTEIN HYATT FARBER SCHRECK, LLP
100 North City Parkway, Suite 1600
Las Vegas, NV  89106-4614
Telephone:  702.382.2101
Facsimile:  702.382.8135
ntomlinson@bhfs.com
llangberg@bhfs.com

DENNIS H. TRACEY, III (*Pro Hac Vice Forthcoming*)
N.Y. Bar No. 1751361
DAVID R. MICHAELI (*Pro Hac Vice Forthcoming*)
N.Y. Bar No. 4872743
HOGAN LOVELLS US LLP
390 Madison Avenue
New York, New York 10017
(212) 918-3000
dennis.tracey@hoganlovells.com
david.michaeli@hoganlovells.com

*Attorneys for Cardiorentis AG*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| In Re Application of CARDIORENTIAS AG for an Order Pursuant to 28 U.S.C § 1782 to Conduct Discovery for Use in Foreign Proceedings. | Case No. 2:21-cv-00554<br><br>**SUPPLEMENTAL DECLARATION OF DAVID R. MICHAELI** |

I, DAVID R. MICHAELI, hereby declare as follows:

1. I am an attorney in good standing admitted to practice law in the courts of the State of New York and am associated with the law firm Hogan Lovells US LLP.  I make this declaration in further support of Cardiorentis AG's ("Cardiorentis") application pursuant to 28 U.S.C. § 1782 for an order authorizing Cardiorentis to issue a subpoena for documents and testimony to respondent Dennis Gillings.

. . .

. . .

1

2. On information and belief, Mr. Gillings resides at 2877 Paradise Road, Unit 3801, Las Vegas, NV 89109. I obtained this information by running a "PeopleMap" report on Mr. Gillings, which listed the above as Mr. Gillings' current address, and by engaging a private investigator in Nevada, Robert D. Lawson, to confirm Mr. Gillings' place of residence.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: April 5, 2021

David R. Michaeli

BROWNSTEIN HYATT FARBER SCHRECK, LLP
100 North City Parkway, Suite 1600
Las Vegas, NV 89106-4614
702.382.2101