D. NEAL TOMLINSON, ESQ., Nevada Bar No. 6851
ntomlinson@bhfs.com
LAURA BIELINSKI LANGBERG, ESQ., Nevada Bar No. 10516
llangberg@bhfs.com
BROWNSTEIN HYATT FARBER SCHRECK, LLP
100 North City Parkway, Suite 1600
Las Vegas, NV 89106-4614
Telephone: 702.382.2101
Facsimile: 702.382.8135

DENNIS H. TRACEY, III (admitted *Pro Hac Vice*)
N.Y. Bar No. 1751361
DAVID R. MICHAELI (admitted *Pro Hac Vice*)
N.Y. Bar No. 4872743
HOGAN LOVELLS US LLP
390 Madison Avenue
New York, New York 10017
(212) 918-3000
dennis.tracey@hoganlovells.com
david.michaeli@hoganlovells.com

*Attorneys for Cardiorentis AG*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| In Re Application of CARDIORENTIS A.G. for an Order Pursuant to 28 U.S.C § 1782 to Conduct Discovery for Use in Foreign Proceedings. | CASE NO: 2:21-cv-00554<br><br>**AFFIDAVIT OF SERVICE** |

1

# AFFIDAVIT OF SERVICE

## UNITED STATES DISTRICT COURT  DISTRICT OF NEVADA
## CLARK COUNTY, STATE OF NEVADA

**In Re Application of**
**CARDIORENTIS AG For An Order Pursuant To**
**28 U.S.C. § 1782 To Conduct Discovery For**
**Use In Foreign Proceedings**

Case No.:2:21-cv-00554-RFB-DJA
Laura Bielinski Langberg, Esq.,  Bar No. 10516
Brownstein Hyatt Farber Schreck
100 N. City Parkway; Suite 1600
Las Vegas, NV 89106
(702) 382-2101
*Attorneys for Cardiorentis AG*

Client File# 063861.0001

I, Judith Mae All, being sworn, states: That I am a licensed process server registered in Nevada.  I received a copy of the Subpoena To Testify At A Deposition In A Civil Action; Ex Parte Application Of Cardiorentis AG For An Order To Take Discovery Pursuant To 28 U.S.C. §1782; Minutes Of Proceedings, from Brownstein Hyatt Farber Schreck

That on 9/27/2021 at 1:55 PM at 2877 Paradise Road, Unit 3801, Las Vegas, NV 89109-5236 I served Dennis Gillings with the above-listed documents by personally delivering a true and correct copy of the documents by leaving with Dennis Gillings.  **(Comments:  Concierge escorted Server up to penthouse and was told to leave documents on table outside door).**

I being duly sworn, states: that all times herein, Affiant was and is over 18 years of age, not a party to or interested in the proceedings in which this Affidavit is made.  I declare under penalty of perjury that the foregoing is true and correct.

Date: 9/30/2021

*(signature)*

Judith Mae All
Registered Work Card# R-040570
State of Nevada

(No Notary Per NRS 53.045)

Service Provided for:
Nationwide Legal Nevada, LLC
626 S. 7th Street
Las Vegas, NV 89101
(702) 385-5444
Nevada Lic # 1656

Control #:NV247728
Reference: 063861.0001